**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jay M. Poidinger |
| Debtor 2 (Spouse, if filing) | Denise Poidinger |
| United States Bankruptcy Court for the: | Western District of Wisconsin |
| Case number | 16-13113-cjf |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Colonial Savings, F.A.

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 3 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2018

**New total payment:**    $ 1,705.03
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 695.99    New escrow payment: $ 547.79

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1 **Jay M. Poidinger**
First Name    Middle Name    Last Name

Case number (*if known*) **16-13113-cjf**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/Alexander E. George**
Signature

Date **08/24/2018**

Print: **Alexander E. George**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Kohner, Mann & Kailas, S.C.**

Address **Washington Building, 4650 N. Port Washington Rd**
Number    Street

**Milwaukee**    **WI**    **53212**
City    State    ZIP Code

Contact phone **(414) 962-5110**

Email **ageorge@kmksc.com**

```
JAY M POIDINGER                                 YOUR LOAN NUMBER:    ████████
DENISE POIDINGER
2318 40TH ST
SOMERSET            WI 54025-7336
                                                DATE: 08/22/18


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

   PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
   THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
   REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
   ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   10/18 THROUGH    09/19.
   ------- ANTICIPATED PAYMENTS FROM ESCROW -    10/18 THROUGH    09/19 -------
            HOMEOWNERS 1ST           2600.19
            COUNTY TAXES             3165.24

         TOTAL PAYMENTS FROM ESCROW      5765.43

         MONTHLY PAYMENT TO ESCROW        480.45 (1/12TH OF ABOVE TOTAL)

   ------- ANTICIPATED ESCROW ACTIVITY -    10/18 THROUGH    09/19--------
         -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
   MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED        REQUIRED
                     ACTUAL   STARTING BALANCE     4476.82          5284.98
   OCT 18   480.45    2600.19  HOMEOWNERS 1ST     2357.08           3165.24
   NOV 18   480.45                                2837.53           3645.69
   DEC 18   480.45    3165.24  COUNTY TAXES ALP    152.74    RLP     960.90
   JAN 19   480.45                                 633.19           1441.35
   FEB 19   480.45                                1113.64           1921.80
   MAR 19   480.45                                1594.09           2402.25
   APR 19   480.45                                2074.54           2882.70
   MAY 19   480.45                                2554.99           3363.15
   JUN 19   480.45                                3035.44           3843.60
   JUL 19   480.45                                3515.89           4324.05
   AUG 19   480.45                                3996.34           4804.50
   SEP 19   480.45                                4476.79           5284.95

   ------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

   IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
    (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -808.16.

   IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
    BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                               1157.24
            ESCROW (1/12TH OF ANNUAL ANTICIPATED                480.45
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                     0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG              0.00
            PLUS: SHORTAGE PAYMENT                               67.34
            MINUS: SURPLUS CREDIT                                 0.00
            ROUNDING ADJUSTMENT                                   0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                    0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/01/18     1705.03
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     960.90.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      960.90.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/17          695.99      01/18          695.99      02/18      5567.92  *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                        00/00         0.00
00/00         0.00                        00/00         0.00




FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU.  PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.
```

```
JAY M POIDINGER                      YOUR LOAN NUMBER:  ███████
DENISE POIDINGER
2318 40TH ST
SOMERSET            WI 54025-7336
                                     DATE: 08/22/18


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING OCT, 2017 AND ENDING SEP,2018.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF OCT, 2017 IS ---

                  PRINCIPAL & INTEREST         1157.24
                  ESCROW DEPOSIT                695.99
                  OPTIONAL INSURANCE              0.00
                  REPLACE RESV/FHA SVC CHG        0.00
                  SHORTAGE                        0.00
                  DEFICIENCY                      0.00
                  SURPLUS                         0.00
                  ROUNDING                        0.00
                  LESS BUYDOWN/ASST PAYMENT       0.00
                  BORROWER PAYMENT             1853.23

         PAYMENTS TO ESCROW    --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL    PRIOR PRJ   ACTUAL  DESCRIPTION  PRIOR PRJ    ACTUAL

OCT 17               473.19                                        T       -5892.69
NOV 17               473.19
NOV 17              1822.90                                                -3596.60
DEC 17                                     3158.93  COUNTY                 -6755.53 A
JAN 18               242.72                                                -6512.81
FEB 18               242.72
FEB 18               242.72
FEB 18               242.72                                                -5784.65
MAR 18               695.99                                                -5088.66
APR 18               242.72                                                -4845.94
MAY 18               695.99                                                -4149.95
JUN 18               242.72
JUN 18               242.72
```

```
JUN 18            242.72                                          -3421.79
JUL 18            242.72                                          -3179.07
AUG 18            695.99                                          -2483.08
SEP 18                                                            -2483.08
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS          0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -6755.53.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00           0.00      00/00           0.00      00/00           0.00
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                           00/00      0.00
00/00      0.00                           00/00      0.00
```

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In RE:  JAY M. POIDINGER
        DENISE POIDINGER

CASE NO.: 16-13113-cjf
CHAPTER 13

Debtors.

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN    )
                                 ) SS
COUNTY OF MILWAUKEE )

I, the undersigned, hereby certify that on 08/24/2018, I caused a true copy of the foregoing **Notice of Mortgage Payment Change and Escrow Account Statement,** to be served upon the following parties by Notice of Electronic Filing:

Mark Harring, Chapter 13 Trustee
Joseph A. Skokan, Debtor(s) Attorney
Office of the U.S. Trustee

I also caused to be manually served a true copy of the documents described above in a properly first-class, postpaid envelope bearing sender's name and return address, and addressed and mailed to:

<u>Debtor</u>
Jay M. Poidinger
Denise Poidinger
2318 40th Street
Somerset, WI 54025

_____
Alexander E. George - 1091339

Subscribed and sworn to before me
This 24th day of August, 2018.

_____
Notary Public, Milwaukee County, WI
My commission expires: August 30, 2019

[Notary Seal: MATHEW LEINBERGER, NOTARY PUBLIC, STATE OF WISCONSIN]

KMK File: 10005173